UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | No. 1:23-CR-00154-DII |
| **(1) QUINCY LAMONT WILLIAMS,** *Defendant* | § § § | |

# ORDER

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have considered the evidence and proffers presented during the hearing, the pleadings on file, the recommendation of Pretrial Services, and the four factors set out in the Bail Reform Act, 18 U.S.C. § 3142(g). In light of all of this, I find that the record establishes by clear and convincing evidence that that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

The reasons for my decision include, in particular:

- the nature and circumstances of the offense charged, namely, possession of a firearm by a felon;

- the weight of the evidence against the person, including evidence that Williams, who has previously been convicted of multiple felonies, was in possession of a handgun at the time of his arrest after his participation in a suspected drug transaction;

- the history and characteristics of the person, including his history of alcohol and drug abuse, and his lengthy criminal history, reflecting a pattern of repeated violations of drug laws, assaultive conduct, and firearm possession, as well as his non-compliance with the terms of the pretrial release on his current state charge; and

1

- the nature and seriousness of the danger to any person or the community that would be posed by the person's release, particularly his history of assaultive conduct and a prior conviction for illegal possession of a firearm by a felon, and his present firearm-related charge.

This record establishes by clear and convincing evidence that that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

## DIRECTIONS REGARDING DETENTION

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED September 26, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE